IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TALLI J. MCFADDEN | : | CIVIL ACTION |
|  | : |  |
| v. | : | No. 19-2900 |
|  | : |  |
| UNITED STATES OF AMERICA, et al. | : |  |

## ORDER

AND NOW, this 30th day of September, 2020, upon consideration of pro se Plaintiff Talli J. McFadden's Motion for Preliminary Injunction, and Defendants United States of America, A. Ellis, K. Lindley, and K. Zellars's opposition, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 17) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.